# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES G. TURNER-EL, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL NO. 08-cv-455-DRH ) |
| RICHARD D. PAUTLER, *et al.*, | ) ) |
| Defendants. | ) |

# **JUDGMENT**

This action came before the Court despite a ban imposed upon Plaintiff pending the payment of $4200 in sanctions. That sanction has not been satisfied, and the Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed as filed in violation of the ban imposed upon Plaintiff in this District. Dismissal is with prejudice. Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff shall take nothing from this action.

August 18, 2008                              By: /s/      DavidRHerndon
*Date*                                              *Chief Judge*